UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| AKIA STANTON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 6:18-cv-479-JDK-JDL |
| JARVIS CHRISTIAN COLLEGE, | § § § | |
| Defendant. | § § § | |

## VERDICT FORM

### Question No. 1

Did Defendant Jarvis Christian College deny, restrain, or interfere with Plaintiff Akia Stanton's right to leave under the FMLA, or with her attempt to exercise her right to leave under the FMLA?

Answer "Yes" or "No."

ANSWER: _Yes_

### Question No. 2

Was Defendant Jarvis Christian College's decision to terminate Plaintiff Akia Stanton motivated by Plaintiff Akia Stanton's FMLA-protected activity?

Answer "Yes" or "No."

ANSWER: _Yes_

1

**If you answered "Yes" to *either* Question No. 1 or Question No. 2, answer Question No. 3. If you answered "No" to *both* Question No. 1 and Question No. 2, do not answer Question 3.**

### Question No. 3

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Akia Stanton for the damages, if any, you have found Defendant Jarvis Christian College caused Plaintiff Akia Stanton?

Answer in dollars and cents for the following items and no others:

Wages, salary, employment benefits, or other compensation denied or lost from June 8, 2018 to today:

ANSWER: $ 12,500.00

_____        Feb. 13, 2020
Signature of Jury Foreperson ()        Date

2