# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| AKIA STANTON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:18-cv-479-JDK-JDL |
| JARVIS CHRISTIAN COLLEGE, | § § § | |
| Defendant. | § § § | |

## ORDER FOR EXPEDITED BRIEFING

Before the Court is Plaintiff Akia Stanton's motion for a show cause order concerning issues with Defendant Jarvis Christian College's payment of the judgment in this case. Docket No. 203. The Court hereby **ORDERS** Defendant to respond to Plaintiff's motion by **July 21, 2023.**

So **ORDERED** and **SIGNED** this **17th** day of **July, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE