IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| AKIA STANTON, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | CIVIL ACTION NO. 6:18-CV-00479-JDK |
| § | | |
| JARVIS CHRISTIAN COLLEGE, § | | |
| Defendant. § | | |

**PARTIAL SATISFACTION OF JUDGMENT**

To the Honorable Judge Kernodle:

Plaintiff Akia Stanton files this Notice of Partial Satisfaction of Judgment. Judgment was issued in favor of Ms. Stanton and against Jarvis Christian College by this Court on August 27, 2020 (Dkt 174) and by the Fifth Circuit Court of Appeals on March 11, 2022. The District Court ordered Jarvis to pay the Jury-Awarded Damages, Liquidated Damages and Interest, Costs and Attorney Fees (Dkt 173). The District Court ordered additional Costs on June 16, 2022 (Dkt 193). The Fifth Circuit ordered appellate costs April 29, 2022 and the District Court ordered appellate attorney's fees on July 14, 2023 (Dkt. 202). Ms. Stanton acknowledges that Jarvis paid the Judgment, costs, and interest on July 14, 2022 in satisfaction of Dkt 173 and appellate fees in satisfaction of Dkt. 202 on July 28, 2023.

Respectfully submitted,

*/s/ Katherine Britton*

1

>Katherine Britton
>1011 S. Pearl Expy. 446
>Dallas, Texas 75201
>Dallas, TX 75201
>(214) 475-2810
>kbritton@protonmail.com
>
>Attorney for Akia Stanton

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023, a true and correct copy of the foregoing was served via the CM/ECF filing system upon all counsel of record.

/s/Katherine Britton