IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| AKIA STANTON, | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. 6:18-CV-00479-JDK |
| JARVIS CHRISTIAN COLLEGE, | § § | |
| Defendant. | § § | |

## SATISFACTION OF JUDGMENT

To the Honorable Judge Kernodle:

Plaintiff Akia Stanton files this Notice of Satisfaction of Judgment. Judgment was issued in favor of Ms. Stanton and against Jarvis Christian College ("Jarvis") by this Court on August 27, 2020 (Dkt 174) and by the Fifth Circuit Court of Appeals on March 11, 2022. The District Court ordered Jarvis to pay the Jury-Awarded Damages, Liquidated Damages and Interest, Costs and Attorney Fees (Dkt 173). The District Court ordered additional Costs on June 16, 2022 (Dkt 193). The Fifth Circuit ordered appellate costs on April 29, 2022 and the District Court ordered appellate attorney's fees on July 14, 2023 (Dkt. 202). Ms. Stanton acknowledges that Jarvis paid the Judgment, costs, and interest on July 14, 2022 in satisfaction of Dkt 173, appellate attorney's fees in satisfaction of Dkt. 202 on July 28, 2023, and additional Costs and appellate costs on September 14, 2023 in satisfaction of Dkt 193 and the Fifth Circuit's order. Accordingly, Ms. Stanton asks that the Court release this Judgment as it has been fully and completely satisfied by Jarvis.

1

Respectfully submitted,

*Katherine Britton*

Katherine Britton
1011 S. Pearl Expy. 446
Dallas, Texas 75201
(214) 475-2810
kbritton@protonmail.com

Attorney for Akia Stanton

CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2023, a true and correct copy of the foregoing was served via the CM/ECF filing system upon all counsel of record.

 /s/Katherine Britton