IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| AKIA STANTON | § § | |
| v. | § § § | CIVIL ACTION NO. 6:18-CV-00479-JDK |
| JARVIS CHRISTIAN COLLEGE | § § § | |

## MEDIATION REPORT

The undersigned convened a mediation in the above-entitled case on September 12, 2023.

All necessary parties were present. The mediation resulted in: Settlement.

So ORDERED and SIGNED this 18th day of September, 2023.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE