IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| AKIA STANTON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:18-cv-479-JDK-JDL |
| JARVIS CHRISTIAN COLLEGE, | § § § | |
| Defendant. | § § § | |

## ORDER DENYING JUDGMENT-RELATED MOTIONS

Before the Court are Plaintiff Akia Stanton's motion for a show cause order against Defendant Jarvis Christian College (Docket No. 203) and Defendant's motion for satisfaction of judgment (Docket No. 206). In these motions, the parties dispute whether Jarvis has properly satisfied the monetary judgment and other ordered payments in this case.

On September 12, 2023, Stanton filed a partial satisfaction of judgment acknowledging that Jarvis had made certain payments. Docket No. 209. On September 15, 2023, Stanton filed a full satisfaction of judgment, indicating payment of all outstanding obligations by Jarvis. Docket No. 210.

Based on Stanton's filings, the Court finds that the outstanding judgment and other ordered payments in this case have been fully satisfied. Accordingly, the parties' pending motions (Docket Nos. 203, 206) are **DENIED** as moot.

So **ORDERED** and **SIGNED** this **18th** day of **September, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE